The People of the State of New York ex rel. Benson B. Sloan, Respondent, against Irving Zion, as Mayor of the Village of Lawrence, et al., Appellants. — In a certiorari proceeding to review the assessment of real property situated in the village of Lawrence, Nassau County, order modified on the law and the facts by striking from the first two ordering paragraphs the figures $33,000, $11,500, $13,200, and substituting in the respective places thereof the figurees $36,800, $7,700, $16,800. As thus modified, the order is affirmed, without costs. The improvements have been overvalued by the village because of the failure to allow appropriate depreciation. Accepting the assessors' unit valuation of the land at $7,000 per acre, the assessment is erroneous in computation inasmuch as the area of the subject property is 2.4 acres. Adel, Sneed, Wenzel and MacCrate, JJ., concur; Johnston, J., dissents and votes to affirm.

Joseph Rabinowitz, Respondent, v. Kaiser-Frazer Corporation, Appellant, et al., Defendants.— Resettled order denying appellant's motion to vacate the service of summons, affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur. [198 Misc. 707.] [See post, p. 666.]

Hilda Sieja, as Administratrix of the Estate of Joseph A. Sieja, Deceased, Appellant, v. Edward Heinsman et al., Respondents.— Appeal by plaintiff from a judgment in favor of defendants, entered upon the verdict of a jury, in an action to recover damages for negligence causing the death of the plaintiff's intestate. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

James Smith, Respondent-Appellant, v. Louis Schaffner et al., Appellants, and Columbia Farms, Inc., Respondent.— Cross appeals from a judgment awarding plaintiff damages for personal injuries, entered upon the verdict of the jury, and dismissing the complaint as against defendant Columbia Farms, Inc., upon direction of the trial court at the close of plaintiff's case. On the appeal by the plaintiff from that portion of the judgment which dismisses the complaint as against the respondent Columbia Farms, Inc., the judgment, insofar as appealed from, is unanimously affirmed, with costs to that respondent against the plaintiff-appellant. On the appeal by defendants Louis Schaffner and Michael J. Pergola from that part of the judgment which awards to the plaintiff the amount of the jury's verdict, with costs, the judgment, insofar as appealed from, is unanimously affirmed, with costs to the plaintiff-respondent against defendants-appellants. No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ.